■ The People of the State of New York, Respondent, v Joan Solano, Defendant-Appellant. [23 NYS3d 884]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (William McGuire, J.), rendered on or about October 16, 2012, said ap-

peal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Sweeny, Acosta and Andrias, JJ.